IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-07-70073 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING COMMITMENT TO ANOTHER DISTRICT** |
| MARK ALLEN HOBART, | |
| Defendant(s). | |

On February 8, 2007, the Court ordered the United States Marshal to take custody of the above-named defendant and transport him to the Western District of Texas. However, on March 1, 2007, the Honorable Frank Montalvo, United States District Judge for the Western District of Texas, ordered the defendant's immediate release. Accordingly, this Court's commitment order is VACATED.

**IT IS SO ORDERED.**

Dated: March 1, 2007

MARIA-ELENA JAMES
United States Magistrate Judge